*Ethan Baldwin*

*vs*

*Alex^r Ewings, jun^r*

E. Brush att^y for ptff

TERRITORY OF MICHIGAN, TO WIT

THE UNITED STATES *to John Anderson & George McDougall*

We command you and firmly enjoin you and each of you that laying all other matters a Side and notwithstanding any excuse you be in your proper persons before the Judges of our Supreme Court now sitting to testify all & Singular what you know in a certain cause now depending and undetermined in our Said Court before our Judges at Detroit between Ethan Baldwin plaintiff and Alex^r Ewings Jun^r defendant in a plea of tresp^s on the Case on the part of the plaintiff and this you are not to Omit upon the penalty upon each of you of five hundred dollars.

WITNESS August B. Woodward—Chief Judge of our Said Court at Detroit the twenty fourth day of September one thousand eight hundred and Seven　　　　　　　　　　　　　　　　　　PETER AUDRAIN clk